FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/2/2015 10:00:59 AM
PAM ESTES
Clerk

~~DISTRICT ATTORNEY~~
~~MARGARET HUSSEY~~

July 30, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:                    12-15-00113-CV
          Trial Court Case Number:    15-0581-B

**Style:**   Jason Rowell
             v.
             Firetrol Protection Systems

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C  Mr. Niles S. Illich (DELIVERED VIA E-MAIL)
C  Mr. Roger W. Anderson (DELIVERED VIA E-MAIL)
:

Mandate executed on _1st_ _ day of _September_____, 2015.

Brief explanation of action taken: ___Scanned_____

_____     District/County Clerk

# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***



## TO THE 114TH DISTRICT COURT OF SMITH COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 3rd day of June, 2015, the cause upon appeal to revise or reverse your judgment between

### JASON ROWELL, Appellant

### NO. 12-15-00113-CV; Trial Court No. 15-0581-B

By *per curiam* opinion.

### FIRETROL PROTECTION SYSTEMS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 30th day of July, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
　　Chief Deputy Clerk



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-15-00113-CV

### Trial Court No. 15-0581-B

**Jason Rowell**

**Vs.**

**Firetrol Protection Systems**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Niles Illich |
| Motion fee | $15.00 | Niles Illich |
| Reporter's record | $136.00 | Niles Illich |
| Required Texas.gov efiling fee | $20.00 | Niles Illich |
| Indigent | $25.00 | Niles Illich |
| Supreme Court chapter 51 fee | $50.00 | Niles Illich |
| Filing | $100.00 | Niles Illich |
| **TOTAL:** | **$356.00** | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 30th day of July 2015, A.D.

CATHY LUSK, CLERK



By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk